JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| RAFAEL ARROYO, JR.<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. CERVANTES ET AL.<br><br><br>Defendants. | Case No. SACV 19-00182 AG (ADSx)<br><br>**JUDGMENT** |

The Court enters Judgment against all Defendants and in favor of Plaintiff. Defendants must pay a statutory award of $4,000 to Plaintiff. The Court also enters an injunction requiring Defendants to make the interior path of their facilities accessible to individuals with disabilities to the extent required by the Americans With Disabilities Act.

Dated January 27, 2020

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT